1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   FIKRI BAYRAMOGLU,                    1:08-cv-01517 LJO YNP [DLB] (HC)

10              Petitioner,             ORDER TRANSFERRING CASE TO THE
                                        UNITED STATES DISTRICT COURT FOR
11  vs.                                 THE NORTHERN  DISTRICT OF
                                        CALIFORNIA
12  J.D. HARTLEY, Warden

13              Respondent.

14  _____/

15

16         Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28

17  U.S.C. § 2254.

18         Venue for a habeas action is proper in either the district of confinement or the district of

19  conviction.  28 U.S.C. A. § 2241 (d).  However, it is preferable for petitions challenging a conviction

20  or sentence to be heard in the district of conviction while petitions challenging the manner in which the

21  sentence is being executed be heard in the district of confinement.  Dunne v. Henman, 875 F.2d 244, 249

22  (9th Cir. 1989).

23         In this case Petitioner was convicted in Marin County in the Northern District of California and

24  is confined at Chuckawalla Valley State Prison in the Southern District of California. Petitioner

25  complains that he was not given access to the Turkish Embassy at the time of trial and that he was

26  denied a fair trial due to jury misconduct.  (Pet. at 8).  Petitioner is challenging  his conviction from the

27  Marin County Superior Court;  therefore, the petition should have been filed in the United States District

28  Court for the Northern District of California.  In the interest of justice, a federal court may transfer a case

-1-

1   filed in the wrong district to the correct district. <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d

2   918, 932 (D.C. Cir. 1974).

3       Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

4   District Court for the Northern District of California.

5

6       IT IS SO ORDERED.

7   **Dated:**   <u>**September 25, 2009**</u>       <u>      **/s/ Dennis L. Beck**      </u>
                                              UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28